# Pepper Hamilton LLP
#### Attorneys at Law

Suite 1800
4000 Town Center
Southfield, MI 48075-1505
248.359.7300
Fax 248.359.7700

James VandeWyngearde
direct dial: 248-359-7387
vandewyngeardej@pepperlaw.com

November 19, 2013

**VIA ECF**

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Case No. 1:13-cv-07218-LGS
<u>Thielmann et al. v. Global Holdings LTD., et al.</u>

Dear Judge Schofield:

We are counsel for the Appellees in the above-referenced appeal. We write to request a 14-day extension of time to file our Appellees' Brief on Appeal in the above-referenced matter.

The Brief is currently due on November 26, 2013. We are requesting a 14-day extension until December 10, 2013 to file our Appellees' Brief. Appellants previously requested and received a 14-day extension to file their Brief. No prior extensions have been requested by, or given to, Appellees. We have spoken with opposing counsel and they consent to this request. Attached is a proposed Revised Civil Case Management Plan and Scheduling Order reflecting our extension and corresponding adjustments to the Schedule.

We thank you in advance for consideration of this request.

Very truly yours,

James D. VandeWyngearde

**Pepper Hamilton LLP**
Attorneys at Law

Honorable Lorna G. Schofield
Page 2
November 19, 2013


JDV/mdk

cc:    Jack A. Raisner
        Rene S. Roupinian
        Charles A. Ercole
        Stuart Miller
        Mary E. Olsen
        Kathryn E. Perkins
        Robert S. Hertzberg

#22476377 v1 (139137.2)